U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

- [x] **REARRAIGNMENT**
- [ ] **WAIVER OF INDICTMENT/PLEA**

Case No. 4:16-cr-1    USA v. Wesley Thomas Ryan

**PRESENT:** Honorable Susan K. Lee    [ ] U.S. District Judge    [x] U.S. Magistrate Judge

Terra Bay    Myrlene R Marsa
Assistant U.S. Attorney    Attorney for Defendant,    Probation Officer

Ashley Spangler    Elizabeth Coffey
Courtroom Deputy    Court Reporter    Interpreter(s)

[ ] SWORN

**PROCEEDINGS: DEFENDANT(S)**    [x] SWORN

- [ ] Financial affidavit(s) executed
- [ ] Court appointed attorney(s) under CJA
- [ ] Court may require deft(s) repay govt cost of atty(s)
- [ ] Defendant(s) waived appointment of attorney(s)
- [x] Defendant(s) specifically advised of rights
- [ ] Waiver executed
- [ ] Deft waived reading of indictment/information
- [x] Indictment [ ] Informtion read
- [x] Defendant pleads guilty to Count(s) 1
- [x] Court finds deft competent to plead; plea voluntary
- [ ] Guilty plea accepted by Court; deft adjudged guilty
- [x] Plea Agreement filed - - - - -    Agreement: [ ] sealed [ ] not sealed

**BOND:** [ ] Deft. referred to Magistrate for bond to be set

Court ordered deft(s) released on _____ bond with standard conditions (see order setting conditions of release)

Govt. motion for detention without bond: [ ] granted [ ] denied [ ] Detention hearing set (see above)

[ ] Defendant ineligible for release on bond: _____

**SENTENCING:** 9/23/2016 at 2:00 pm

**OTHER MATTERS:**

Deft [ ] remanded to custody of U.S. Marshal    [x] remained in custody    [ ] remained on bond

Time: 10:03 to 10:25    Date: 6/8/2016

rev 3/10