

**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Medical Center, Carswell*

*P.O. Box 27066*
*"J" Street - Building 3000*
*Fort Worth, Texas 76127*

June 10, 2016

The Honorable Susan K. Lee
United States Magistrate Judge
900 Georgia Avenue
Chattanooga, TN 37402

RE:    Boyett, Rachel
        Reg. No. 51377-074
        Criminal No. 4:16-cr-1-TRM-SKL-2

Dear Judge Lee:

In accordance with your Order of May 16, 2016, and pursuant to the provision of Title 18, United States Code, Section 4241(b) and 4242, Ms. Boyett arrived at the Federal Medical Center (FMC), Carswell on June 7, 2016. In compliance with your Order, our staff will complete her evaluation by July 22, 2016, and a written report will be submitted to the Court within two weeks of that date.

If we may be of further assistance to the Court in this matter, please contact me or Amor Correa, Ph.D., Forensic Psychologist at (817) 782-4349.

Sincerely,

Jody R. Upton
Warden